GEORGE CUOZZO *vs.* MAINE CENTRAL RAILROAD COMPANY.

Penobscot County. Decided October 21, 1914. Action on case to recover damages for alleged breach of contract by defendant to

transport from Portland to Bangor, Maine, seventeen men, alleged to have been engaged by plaintiff to enter his employ in the City of Bangor. Case reported to Law Court for determination. Judgment for defendant. *George E. Thompson, and James D. Rice,* for plaintiff. *Fellows & Fellows,* for defendant.